IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION
FUND, et al.,

               Plaintiffs,

   v.

TIMOTHY PAZDRA d/b/a
DIAMOND CONCRETE,

               Defendant.

ORDER

08-cv-91-bbc

---

On July 23, 2008, this court held a recorded telephonic conference on plaintiffs' motion to compel discovery.  Plaintiffs were represented by Attorney Benjamin A. Menzel.  Defendant Timothy Pazdra appeared on his own behalf.

After discussing the motion and other deadlines with the parties, I gave Mr. Pazdra until August 1, 2008 within which to provide the requested information.  I also extended Mr. Pazdra's deadline to respond to plaintiffs' motion for summary judgment until August 15, 2008.  Plaintiffs' reply would be due by August 25, 2008.  In the event that Mr. Pazdra's discovery disclosures reveal information relevant to the pending summary judgment motion, plaintiffs may seek leave to amend and the court will do whatever justice requires.

The parties had no other matters to bring to the court's attention.

Entered this 23rd day of July, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge