IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN CARPENTERS
PENSION FUND, WISCONSIN
CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL
COUNCIL OF CARPENTERS
VACATION FUND, NORTHERN
WISCONSIN CARPENTERS APPRENTICESHIP
& JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST FUND,
BRIAN GENTRY and NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS,

                                                                                                                     ORDER

                      Plaintiffs,

                                                                                           08-cv-91-bbc

      v.

TIMOTHY PAZDRA,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Timothy Pazdra has submitted a document captioned as a reply to plaintiffs' motion to amend judgment, in which he says that he has just received plaintiffs' motion to update the statement of interest due in this matter. It appears from defendant's reply that he does not believe he was given a fair opportunity to challenge the fees and costs sought by plaintiffs in this action, although he was afforded time in which to do so.

1

Therefore, I will allow defendant ten additional days in which to file any objections that he has to those fees and costs. If no objection is received by November 24, 2008, I will proceed to enter the amended order in the form proposed by plaintiffs.

Entered this 11th day of November, 2008.

                            BY THE COURT:
                            /s/
                            BARBARA B. CRABB
                            District Judge