UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

                    Plaintiffs,

                                                 Case No. 08-C-0091

        vs.

TIMOTHY PAZDRA D/B/A DIAMOND CONCRETE,

                    Defendant.

---

AMENDED ORDER FOR JUDGMENT

---

Motion for summary judgment brought by the plaintiffs in the above-captioned action was filed with the Court.

The Court, having duly reviewed all issues and a decision having been duly rendered, orders as follows:

2.      Defendant Timothy Pazdra d/b/a Diamond Concrete, violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining

agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds covering the period of July 1, 2006 to October 31, 2007.

  3. On September 23, 2008, the Court entered its Opinion and Order granting summary judgment on behalf of the Plaintiffs and against Defendant.

  4. Plaintiffs have filed their Motion to Amend Judgment and Amended Affidavit of Damages and Attorney's Fees. Said Amended Affidavit sets forth $27,815.22 in damages, attorney's fees and costs.

  **IT IS HEREBY ORDERED:**

  Pursuant to Rule 59(e) of the Fed. R. Civ. P., the Clerk of Court is directed to enter the amended judgment in favor of Plaintiffs and against Defendant in the amount of $27,815.22.

  Dated this ___/4___ day of ___December___, 2008.

BY THE COURT

*Barbara B. Crabb*

U. S. District Court Judge
