IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION
FUND, WISCONSIN CARPENTERS
HEALTH FUND, NORTHERN
WISCONSIN REGIONAL COUNCIL OF
CARPENTERS VACATION FUND,
NORTHERN WISCONSIN
CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION
TRUST FUND, BRIAN GENTRY, and
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-91-bbc

    Plaintiffs,

v.

TIMOTHY PAZDRA d/b/a DIAMOND
CONCRETE,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs against defendant in the amount of $27,815.22.

_____    12/03/08
Peter Oppeneer, Clerk of Court    Date